**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| UGI PENN NATURAL GAS, INC., | : | No. 191 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF | : | |
| LACKAWANNA COUNTY AND SUSAN A. | : | |
| WEISS, BRITTANY FORNASZEWSKI, | : | |
| JESSE GILBRIDE AND CATIE GILBRIDE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Review in the Nature of a Request for a Writ of Prohibition is DENIED.